ed, without costs. See, also, 153 App. Div. 913, 138 N. Y. Supp. 1110.

HIRSCHBERG, J., not voting.

---

CENTRAL TRUST CO. v. GAFFNEY. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Central Trust Company against Fannie H. Gaffney. No opinion. Motion denied, with $10 costs. Order filed. See also, 142 N. Y. Supp. 1112.

---

CENTRAL TRUST CO. OF NEW YORK v. GAFFNEY. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Central Trust Company of New York, as trustee, etc., against Fannie H. Gaffney, in which Frederic E. Humphreys appeals. W. B. Walker, of New York City, for appellant. E. R. Greene, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 N. Y. Supp. 1112.

---

CHALMERS, Respondent, v. MURPHY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Harry B. Chalmers against Franklin Murphy and others. H. E. White, of New York City, for appellants. H. A. Content, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

CHAMBERLAIN, Appellant, v. GRAVES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Charles Chamberlain against Sarah Graves and others. No opinion. Judgment affirmed, with costs.

---

CHARLES WISSMAN CO. v. STOKES. (Supreme Court, Appellate Term, First Department. June 24, 1913.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by the Charles Wissman Company against William E. D. Stokes. From an order denying its motion to open its default, and from other subsequent orders in the action, plaintiff appeals. Order denying motion to open default reversed, judgment vacated, and new trial ordered. Appeals from other subsequent orders dismissed. Emanuel Jacobus, of New York City (Joseph J. Dreyer, of New York City, of counsel), for appellant. Hastings & Gleason, of New York City (Edward L. Dennis, of New York City, of counsel), for respondent.

PER CURIAM. There are two appeals in this case. The first comes up upon a notice of appeal dated February 20, 1913, and is an appeal from an order entered on January 31, 1913, which denied plaintiff's motion to open its default. The other appeals are from orders made in the same action, but subsequent to the order above mentioned. Under the decision in Colwell v. N. Y., N. H. & H. R. R. Co., 57 Misc. Rep. 623, 108 N. Y. Supp. 540, and Steinman v. Blumenfeld, 61 Misc. Rep. 220, 113 N. Y. Supp. 550, the proceedings in this action subsequent to the granting of the order appealed from were unauthorized. We are of the opinion that the motion made by plaintiff to open its default should have been granted. The reasons of the plaintiff for failing to appear at the time the action was dismissed were set forth in the moving affidavits, and were sufficient to excuse its default. Order of January 31, 1913, reversed with costs. Judgment vacated and set aside, and new trial ordered. Appeals from orders of April 4 and 11, 1913, dismissed.

---

CHESEBROUGH, Appellant, v. WESTERN UNION TEL. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 2, 1913.) Action by Robert H. Chesebrough against the Western Union Telegraph Company. J. M. Stoddard, of New York City, for appellant. A. T. Benedict, of New York City, for respondent. No opinion. Determination (76 Misc. Rep. 516, 135 N. Y. Supp. '583) affirmed, with costs. Order filed.

---

CHRISTENSEN, Appellant, v. ABENDROTH BROS., Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Conrad Christensen against Abendroth Bros.

PER CURIAM. Motion for new trial upon exceptions, directed to be heard in the first instance by the Appellate Division, denied, and judgment unanimously directed dismissing the complaint, with costs.

---

In re CITY OF NEW YORK (PENNSYLVANIA AVE.). (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of acquiring title by the City of New York to certain lands, etc., on the easterly side of Pennsylvania Avenue, etc.

PER CURIAM. Appeal dismissed, without costs. In view of the seeming conflict between Matter of City of New York (Hamilton Place) 143 App. Div. 302, 128 N. Y. Supp. 283; Id., 202 N. Y. 607, 96 N. E. 1116) and Matter of Simmons, 203 N. Y. 241, 96 N. E. 456, an appeal will be allowed to the Court of Appeals from the order of dismissal, and an appropriate question certified to that court, if the present appellants so elect.

---

CITY OF NEW YORK v. UVALDE ASPHALT PAVING CO. (Supreme Court, Appellate Division, First Department, June 20, 1913.) Action by the City of New York against the Uvalde Asphalt Paving Company. No opinion. Motion granted. Order filed. See, also, 141 N. Y. Supp. 1113.

---

CITY & SUBURBAN HOMES CO. v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by the City & Suburban Homes Company against the People of the State of New York and others, in which George F. Martens, Jr., and another, appear as executors, etc.

PER CURIAM. Motion to resettle order denied, without costs. Motion for reargument de-